UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No. 4:14-cv-1024-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $41,000 in United States Currency, | ) | |
| | ) | |
| Defendant *in Rem*. | ) | |
| | ) | |

This matter is before the court[1] on the United States' Motion to Dismiss, in which the United States advises it will not pursue judicial forfeiture of the Defendant Currency. ECF No. 21. As the United States is no longer pursuing the only claim brought in this matter, the Motion to Dismiss is hereby *granted* with prejudice and the seizing agency—the Drug Enforcement Agency—is ordered to return the Defendant Currency to claimant without unnecessary delay.

IT IS SO ORDERED.

December 1, 2014                                                                              Kaymani D. West
Florence, South Carolina                                                                 United States Magistrate Judge

---

[1] This matter was referred to the undersigned by United States District Judge R. Bryan Harwell, upon consent of all parties, for entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.